**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB AND GARY WARD, | : No. 670 MAL 2014 |
| | : |
| | : |
| Respondents | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| JACK COHEN, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.